

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE STEVEN TABLAS-LOPEZ,<br><br>Defendant. | Case No.  2:18-cr-00756-CJC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 1, 2021, Defendant Jose Steven Tablas-Lopez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:18-cr-00756-CJC.  The Court appointed Alan Eisner of the CJA Panel as counsel for Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.   ☒   Defendant submitted to the Government's Request for Detention;

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature and circumstances of the instant allegations;
- Unverified background;
- Unknown bail resources;
- Prior arrest by warrant;
- Prior deportations;
- Immigration status;
- Previous residence in a foreign country;
- Familial ties to a foreign country.

C.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Criminal history;
- History that includes firearms;
- History of physical violence;
- Substance abuse history;
- Arrests/convictions while on Supervised Release;
- Gant ties.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 1, 2021

                                              /s/
                              MARIA A. AUDERO
                      UNITED STATES MAGISTRATE JUDGE